**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00132-BNB

LEROY W. BAKER,

    Applicant,

v.

TOM CLEMENTS, Director, Dept. of Corrections,
KEVIN MILYARD, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's Motion (Doc. No. 3), filed January 18, 2012, in which he requests copies of his filings with the Court. The Motion is DENIED. Mr. Baker may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance. Mr. Baker is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

    Dated: February 6, 2012